# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**TATIANA TAFOYA,**
**On Behalf of Her Minor Son,**
**ENZO CONTRERAS,**

    **Plaintiff,**

v.                                             No.   2:22-cv-00492-WJ-SMV

**CITY OF CLOVIS et. al.**

    **Defendants.**

## STIPULATED ORDER APPROVING MOTION TO SEAL PROCEEDINGS AND REPORT OF THE GUARDIAN AD LITEM

THIS MATTER having come before the Court for the Motion to Seal Proceedings and Report of the Guardian Ad Litem, the Court having reviewed the file and being otherwise fully advised, hereby finds:

1. The parties have reached a settlement agreement of the claims made on behalf of the minor child.

2. The Court appointed Nicole M. Charlebois as the *Guardian ad Litem* in this matter to investigate the fairness and reasonableness of the settlement and its effect on the minor. Ms. Charlebois' report contains information about proposed structured settlements for the benefit of the minor.

3. The report contains private personal and financial information pertaining to the details of the settlement of a claim on behalf of minor child that should be protected from public view and scrutiny.

4. The report also contains medical information about the minor child that should be protected from public view and scrutiny to protect the minor child's medical and financial information.

5. An interest in protecting the details of the structured settlements for this minor child from predation by structured settlement purchasers exists and overrides the right of public access to the sealed documents.

6. The overriding interest supports sealing the referenced documents to prevent the discovery of the settlement terms and amounts by structured settlement purchasers.

7. A substantial probability exists that the overriding interest will be prejudiced if the referenced documents are not sealed.

8. There is no less restrictive means available to protect the parties' interests in the privacy of the amounts and terms of settlement other than the Court sealing the record for the proceedings related to the approval of these settlements, along with the reports of the *Guardian ad Litem* and any pleadings filed in relation to the proceedings.

THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court enter an Order Sealing the Report of the Guardian ad Litem (and any exhibits), any pleadings filed in relation to the settlement proceedings, the hearing to approve the minor's settlement, and the record from the hearing, to ensure that the amounts and terms of the settlement will not be disclosed, and will not be made part of the public records in any proceeding, report or pleading filed in the matter.

_____
Stephan M. Vidmar
United States Magistrate Judge

SUBMITTED BY:

By: *Frances C. Carpenter*
Frances C. Carpenter
925 Luna Circle NW
Albuquerque, NM   87102
Phone: 505-314-8884; Fax: 505-835-5658
*Attorney for Plaintiff*


*Approved via email on 11/18/22*
Bryan Evans
Jacqueline Miller
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221
*Attorneys for City of Clovis, Sgt. Antonio Orozco, Captain Roman Romero, Doug Ford, Jordan Riddle*


*Approved via email on 11/17/22*
Denise Soto Hall
Law Offices of Ray Lego & Assoc.
P.O. Box 64093
St. Paul, MN 55164-0093
505-889-5206
*Attorneys for Louis Riddle*