IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TATIANA TAFOYA,

    Plaintiff,

v.                                                                                           No. 22-cv-0492 WJ/SMV

CITY OF CLOVIS, ANTONIO OROZCO,
ROMAN ROMERO, DOUG FORD,
JORDAN LEE RIDDLE, and LOUIS T. RIDDLE,

## ORDER SETTING HEARING ON PLAINTIFF'S
## UNOPPOSED MOTION TO APPROVE SETTLEMENT

**THIS MATTER** is before the Court pursuant to Plaintiff's Unopposed Motion to Approve Settlement, filed on November 18, 2022. [Doc. 30]. The Court will hold a telephonic hearing to consider approval of the proposed settlement.

**IT IS THEREFORE ORDERED** that a telephonic hearing to consider approval of the proposed settlement is set for **Monday, November 28, 2022, at 10:30 a.m. MST**. Counsel for both parties, the *Guardian Ad Litem*, and Tatiana Tafoya must be present. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

**IT IS SO ORDERED.**

                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**